PHILIP M. HYMANSON, ESQ.
Nevada Bar No. 2253
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
E-mail: hymansonp@gtlaw.com
         maierj@gtlaw.com
*Attorneys for Defendant Torino Collection, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST INTERNATIONAL BANK & TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> TORINO COLLECTION, LLC, <br><br> Defendant. | Case No.   2:10-cv-01314-KJD-LRL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED pursuant to FRCP 41(a)(1)(A)(ii), by and between all parties hereto, through their respective attorneys of record, that the above-captioned action should be DISMISSED, without prejudice, with the parties to bear their own fees and costs.

DATED this 12th day of October, 2010.          DATED this 12th day of October, 2010.

GREENBERG TRAURIG, LLP                          KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

_____               _____
JASON R. MAIER, ESQ.                            M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 8557                             Nevada Bar No. 4646
3773 Howard Hughes Parkway                      8985 South Eastern Avenue
Suite 400 North                                 Suite 200
Las Vegas, Nevada 89169                         Las Vegas, Nevada 89123
*Attorneys for Defendant Torino Collection, LLC* *Attorneys for Plaintiff First International Bank & Trust*

## ORDER

Pursuant to the stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same is hereby, DISMISSED, without prejudice, with the parties to bear their own fees and costs.

DATED this __13__ day of __October__, 2010.

_____
UNITED STATES DISTRICT JUDGE